# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-2246
LT Case No. 2021-CF-010202-A

_____

MATHIAS EROMOSELE ETOH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Rick A. Sichta and Susanne K. Sichta, of The Sichta Firm, LLC,
Jacksonville, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

July 23, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____